```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/20
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

    Plaintiffs,

v.

WHOLE FOODS MARKET GROUP, INC.

    Defendant.

No.: 1-19-cv-09842-RA

**STIPULATION STAYING DISCOVERY**

WHEREAS, Defendant has filed a Motion to Dismiss as to all of Plaintiff's claims in the above-captioned action; and **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff and Defendant, that adjudication of the Motion to Dismiss renders discovery potentially unnecessary, and that to conserve resources of the Parties and this Court, discovery shall be stayed pending resolution of Defendant's Motion to Dismiss, and relief from all discovery deadlines and obligations is warranted.

DATED: January 21, 2020

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

_____

David E. Gevertz, Esq.
3414 Peachtree Street N.E., Suite 1600
Atlanta, Georgia 30326
(404) 221-6512
Attorneys for Defendant

**GOTTLIEB & ASSOCIATES**

_____

Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
(212) 228-9795
Attorneys for Plaintiff

SO ORDERED:

_____
1-22-20

4830-5592-1074v1
2922176-000072