UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY TUCKER,<br><br>     Plaintiff,<br><br>   v.<br><br>WHOLE FOODS MARKET GROUP, INC.,<br><br>     Defendant. | No. 19-CV-9842 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  On August 8, 2022, the Court directed Plaintiff to file an amended complaint by September 5, 2022, to the extent he had a good-faith basis to do so.  To date, no amended complaint has been filed.  If it is not filed by October 11, 2022, the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 4, 2022
     New York, New York

                     _____
                     Ronnie Abrams
                     United States District Judge